JAMES MCCREERY REALTY COMPANY v. REUBEN SADOWSKY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JAMES MCCREERY REALTY COMPANY v. REUBEN SADOWSKY. (Actions Nos. 1, 2, 3 & 4.) — Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

HARRY MIRANKER v. WILLIAM E. WILLIAMS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JACOB DAVIDSON and Others v. THE CITY OF NEW YORK.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

WILLIAM FLEITMAN v. CHARLES H. WERNER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

CHARLES F. HOFFERBERTH v. ALFRED W. DUCKETT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

GIUSEPPE TUZZEO v. AMERICAN BONDING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MAURICE VANDEWEGHE v. ADIEL VANDEWEGHE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JOSEPH S. LESSER v. INTERNATIONAL TRUST COMPANY.— Motion for reargument denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JOSEPH S. LESSER v. INTERNATIONAL TRUST COMPANY — Motion granted on payment of ten dollars costs by respondent to appellant. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

NICHOLAS POLICASTRO v. CHARLES S. SPRAGUE. NICHOLAS POLICASTRO v. CHARLES S. SPRAGUE.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

ANNA K. DANIEL v. M. EDWARD KELLY.— Motion denied. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

HELEN HUMMEL v. AKRON BUILDING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

HELEN HUMMEL v. AKRON BUILDING COMPANY.— Motion denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MAX JAFFE v. STEPHEN M. WELD.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

WILLIAM MCBRIDE v. HOWES TRANSPORTATION AND CONSTRUCTION COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

In the Matter of SAMUEL S. FIELD and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.